IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA** | ) | **CRIMINAL NO.: 9:21-cr-00317** |
| | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **JESSICA MICHELLE MILLS** | ) | **EDWARDS NOTICE** |
| | ) | |

The Defendant, JESSICA MICHELLE MILLS, hereby asserts, his Fifth Amendment Right to remain silent and asserts his Sixth Amendment Right to counsel. The Defendant does not wish to be questioned in the absence of counsel pursuant to McNeil v. Wisconsin, 111 S.Ct. 220 (1991) and Edwards v. Arizona, 451 U.S. 477 (1981).

S/ Thad J. Doughty
**Thad J. Doughty**
**Attorney for Defendant**
**6650 Rivers Avenue**
**North Charleston, SC  29406**
**(843) 576-1400**
**Federal Bar Number 6429**

**October 21, 2021**