IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA** | ) | **CRIMINAL NO.: 9:21-CR-00317** |
| | ) | |
| vs. | ) | |
| | ) | |
| **JESSICA MICHELLE MILLS** | ) | |
| | ) | |

### MOTION OF THE DEFENDANT FOR A BOND HEARING PURSUANT TO TITLE 18 UNITED STATES CODE, SECTION 3142

The Defendant, JESSICA MICHELLE MILLS, by and through his undersigned attorney hereby moves the Court, pursuant 18 U.S. C. §3142, for a hearing on the issue of bond and release pending trial.

      S/Thad J. Doughty
**Thad J. Doughty**
**Attorney for Defendant**
**6650 Rivers Avenue**
**North Charleston, SC  29405**
**(843) 576-5400**

**November 14, 2021**                         **Federal Bar Number 6429**